UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN S. NOONAN<br><br>    Plaintiff<br><br>    v.<br><br>STAPLES, INC.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 06-10716-WGY<br>)<br>)<br>)<br>) |

## JURY VERDICT

We find for:

_____X_____ Staples, Inc.

_____ Alan S. Noonan and assess damages of

_____

_Ronald F. O'Berry Jr._
Foreman

Date: 10·08·2009