UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                           **Civil Action
No:06-10716-WGY**

**ALAN S. NOONAN
Plaintiff**

v.

**STAPLES, INC.
Defendant**

JUDGMENT

     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT STAPLES, INC. .**

                                                **Sarah A. Thornton
Clerk**

**So Approved**

**/s/ William G. Young**

                                                **/s/ Elizabeth Smith
Deputy Clerk**

**October 9, 2009**

**To: All Counsel**